**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE AUTOMOBILE MECHANICS LOCAL NO. 701 UNION AND INDUSTRY PENSION FUND, | ) ) ) | CASE NO.: 10-CV-3521 |
| | ) | JUDGE: COLEMAN |
| Plaintiff, | ) | |
| v. | ) ) | MAG. JUDGE: SOAT BROWN |
| RICHARD AUTO CENTER, INC. d/b/a RICHARD BUICK CHRYSLER PLYMOUTH, INC. | ) ) ) ) | |
| Defendant. | ) ) | |

**MOTION FOR JUDGMENT IN SUM CERTAIN**

Plaintiff, the TRUSTEES OF THE AUTOMOBILE MECHANICS LOCAL NO. 701 UNION AND INDUSTRY PENSION FUND, by and through its counsel, JOHNSON & KROL, LLC, hereby moves this Honorable Court for entry of a Judgment in Sum Certain against RICHARD AUTO CENTER, INC. d/b/a RICHARD BUICK CHRYSLER PLYMOUTH, INC. ("RICHARD"), and in support states as follows:

1. On June 8, 2010, the Plaintiff filed in its initial Complaint in the above-captioned matter.

2. On August 26, 2010, the Honorable Judge Shadur entered an Agreed Judgment Order against the Defendant RICHARD as to liability. (Docket Entry No. 20).

3. In his August 26, 2010 minute entry, the Honorable Judge Shadur granted leave to the parties to file a motion for prove-up hearing upon determination of the full amount of Defendant's liability. (Docket Entry No. 19).

4. The Plaintiff filed this lawsuit to collect the withdrawal liability owed by the Defendant RICHARD in the amount of $663,131.00.

5. In order to challenge the amount of the withdrawal liability, the Defendant RICHARD was required to initiate arbitration within the required time period as set forth in 29 U.S.C. § 1401 (2012). The Defendant RICHARD has failed to initiate arbitration.

6. The Defendant RICHARD owes withdrawal liability in the amount of $663,131.00. (Affidavit of Steve Bukovac is attached as Exhibit 1).

7. Pursuant to the PBGC's regulations set forth in 29 C.F.R. § 4219.32, pension funds are entitled to interest "at an annual rate equal to the average quoted prime rate on short-term commercial loans…as reported by the Board of Governors of the Federal Reserve System in Statistical Release H.15."

8. Pursuant to the PBGC's website, the interest rate has been at 3.25% since 2009. *See Overdue or Defaulted Withdrawal Liability*, (Accessed 8/29/2012), http://www.pbgc.gov/prac/interest/oodwl.html.

9. Accordingly, the Defendant RICHARD owes $59,691.97 in interest. (Exhibit 1).

10. Moreover, pursuant to Article VI, Section 4 of the Automobile Mechanics' Local No. 701 Union and Industry Pension Fund Trust Agreement, monies "…not received before the expiration of said period shall be assessed liquidated damages of at least ten percent (10%) of the monies due." (A copy of the Trust Agreement is attached as Exhibit 2).

11. Accordingly, the Defendant RICHARD owes $66,313.10 in liquidated damages. (Exhibit 1).

12. The total amount owed by the Defendant RICHARD is $789,136.07. (Exhibit 1).

WHEREFORE, the Plaintiff respectfully requests that this Court enter a Judgment in Sum Certain against the Defendant RICHARD in the amount of $789,136.07 and for other relief this Court deems to be just and equitable.

Respectfully Submitted,

**TRUSTEES OF THE AUTOMOBILE MECHANICS LOCAL NO. 701 UNION AND INDUSTRY PENSION FUND**

/s/ Jeffrey A. Krol – 6300262
One of Plaintiff's Attorneys

Jeffrey A. Krol
Joseph E. Mallon
**JOHNSON & KROL, LLC**
300 South Wacker Drive, Suite 1313
Chicago, Illinois 60606
312-372-8587